FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAMON TORRES HERNANDEZ, and FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>Plaintiffs,<br><br>v.<br><br>EUGENE SCALIA, in his official capacity as United States Secretary of Labor, and UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendants. | No.  1:20-cv-03241-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**:

**1.**  The parties' [Proposed] Stipulated Protective Order, **ECF No. 17**, is **GRANTED**.

//

//

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER - 1

**2.** Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed Stipulated Protective Order, **ECF No. 17**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 8th day of January 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge