Adam S. Belzberg
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900

Mark O. Morgan
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900

*Attorneys for Amicus Curiae wafla*

HON. SALVADOR MENDOZA JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

RAMON TORRES HERNANDEZ, and FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF LABOR and EUGENE SCALIA, in his official capacity as United States Secretary of Labor,

Defendants.

No. 1:20-cv-03241-SMJ

AMICUS CURIAE WAFLA'S MOTION TO EXPEDITE HEARING DATE OF ITS MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Hearing Date: February 9, 2021
Without Oral Argument

Under Local Rule 7(i)(2)(C), Amicus Curiae wafla respectfully moves for an expedited hearing date as to its Motion for Leave to File Amicus Curiae Brief without Oral Argument. Wafla respectfully asks that the Court rule on its motion on or before February 9, 2021. As amicus curiae, Wafla does not have an "opposing party" in this matter.

Good cause exists for an expedited hearing and decision on wafla's motion. Wafla is a 501(c)(6) non-profit association whose members consist primarily of agricultural employers across the Pacific Northwest. Wafla provides human resources assistance, counseling, products, services, and advice to members. Plaintiffs requested this Court to enter an injunction that would require the United States Department of Licensing to set aside various prevailing wage rates for the 2021 harvest season. In their Complaint and Revised Motion submitted to this Court, Plaintiffs make repeated attacks on wafla, claim that DOL's prevailing wage finding process "eliminated" piece rate wages for harvesting work, and thereby deprive farmworkers of what Plaintiffs consider to be higher-paying wages.

Wafla and its members are deeply affected by Washington's Employment Security Department ("ESD") Agricultural Wage and Practices survey, Plaintiffs' repeated attacks on wafla and its membership,[1] and Plaintiffs' request for injunctive relief. ECF No. 19.

---

[1] See Plaintiffs' First Amended Complaint at ¶ 49, ECF No. 14, in which Plaintiffs allege Dan Fazio, wafla's Chief Executive Officer, "engaged in a concerted campaign to eliminate prevailing piece-rate wage findings in connection with Washington's Agricultural Wage survey." See also Plaintiffs' First Amended Complaint at ¶ 50, "Mr. Fazio **justified this false reporting** on the basis that these hourly minimum wages were 'guaranteed hourly' rates." (emphasis added).





STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

Plaintiffs' hearing on their Revised Motion for Preliminary Injunction is noted for oral argument on February 18, 2021. ECF No. 16. Without an expedited hearing, wafla's Motion for Leave to File an Amicus Curiae Brief would not be noted until 30 days ***after*** the February 1, 2021, date of filing. *See* Local Rule 7(i)(2)(A). Accordingly, wafla respectfully requests a ruling on its Motion for Leave to File Amicus Curiae Brief on or before February 9, 2021, at which time, if its motion is granted, its *amicus curiae* brief will be offered to the Court in advance of the February 18, 2021, hearing.

DATED: February 1, 2021.

STOEL RIVES LLP

*s/ Mark O. Morgan*

Adam S. Belzberg, WSBA 41022
Mark O. Morgan, WSBA 52006
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
adam.belzberg@stoel.com
mark.morgan@stoel.com

Attorneys for Amicus Curiae
Washington Farm Labor Association

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Dated this 1st day of February 2021.

_*s/ Mark O. Morgan*_______________
Mark O. Morgan, WSBA 52006
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
Email: mark.morgan@stoel.com

*Attorneys for Amicus Curiae*
*Washington Farm Labor Association*