FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAMON TORRES HERNANDEZ and FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization, | No.    1:20-cv-03241-SMJ |
| Plaintiffs, | **ORDER GRANTING MOTION TO FILE AMICUS BRIEF** |
| v. | |
| AL STEWART, in his official capacity as Acting United States Secretary of Labor, and UNITED STATES DEPARTMENT OF LABOR, | |
| Defendants. | |

Before the Court, without oral argument, is the Expedited Motion for Leave to File Amicus Curiae Brief by the Attorney General of Washington, ECF No. 46. The Attorney General of the State of Washington ("the Attorney General") is the legal adviser to the State of Washington. *See* Wash. Rev. Code § 43.10.030. The Court granted the Attorney General's construed motion to expedite. ECF No. 50. No party responded.

The "privilege of being heard amicus rests in the discretion of the court" and parties wishing to participate as amicus must first seek leave to do so. *Cmty. Ass'n*

*for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999) (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995)). Leave to participate as *amicus* should normally be allowed when, among other things, "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Id.* (citing *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982)).

Having reviewed the record in this matter, the Court is fully informed and finds good cause to authorize a brief by the Attorney General. Though the Court finds the interests of Plaintiffs and Defendants are adequately represented by their respective counsel, amicus credibly represents that it offers a different perspective on the issues involved in this case. For that reason, this court will consider the Attorney General's brief and exhibits, ECF Nos. 46-1, 46-2 & 46-3. The Attorney General shall not otherwise participate in this matter without first obtaining leave of the Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Expedited Motion for Leave to File Amicus Curiae Brief by the Attorney General of Washington, **ECF No. 46**, is **GRANTED**.

2. This court will consider the Attorney General's brief and exhibits, ECF Nos. 46-1, 46-2 & 46-3.

ORDER GRANTING MOTION TO FILE AMICUS BRIEF – 2

*A.*     The Attorney General need not refile these documents.

**3.**     The Attorney General shall not otherwise participate in this matter without first obtaining leave of the Court.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of February 2021.

SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION TO FILE AMICUS BRIEF – 3