William D. Hyslop
United States Attorney
Eastern District of Washington
John T. Drake
Jessica A. Pilgrim
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAMON TORRES HERNANDES, and FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>            Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR and MILTON AL STEWART, in his official capacity as United States Secretary of Labor,<br><br>            Defendants. | No. 1:20-CV-03241-SMJ<br><br>MOTION TO EXPEDITE<br><br>02/24/21<br>Without Oral Argument |

The United States Department of Labor Defendants, through counsel, submit the following motion to expedite consideration of their Motion to Take Judicial Notice filed at ECF No. 54. Plaintiffs do not oppose the motion.

Expedited consideration of the motion is necessary because the subject of the motion, the 2021 Adverse Effect Wage Rates ("AEWRs") that took effect yesterday, may be pertinent to the Court's forthcoming ruling on Plaintiffs' Revised Motion for Preliminary Injunction.

MOTION TO EXPEDITE - 1

DATED this 24th day of February, 2021.

William D. Hyslop
United States Attorney

*s/ John T. Drake*
John T. Drake
Jessica A. Pilgrim
Assistant United States Attorneys
*Attorneys for U.S. DOL Defendants*

MOTION TO EXPEDITE - 2

 

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Lori Jordan Isley<br>Blanca Rodriguez<br>Andrea Schmitt<br>Hannah Woerner<br>COLUMBIA LEGAL SERVICES<br>6 South Second Street, Suite 600<br>Yakima, WA 98901 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| Kathleen Phair Barnard<br>BARNARD IGLITZIN & LAVITT, LLP<br>18 West Mercer Street, Suite 400<br>Seattle, WA 98119 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |

*s/John T. Drake*
John T. Drake

MOTION TO EXPEDITE - 3