FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAMON TORRES HERNANDEZ and FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MARTIN J. WALSH, in his official capacity as United States Secretary of Labor, and UNITED STATES DEPARTMENT OF LABOR,<br><br>                    Defendants. | No.   1:20-cv-03241-SMJ<br><br>**ORDER JOINING WASHINGTON EMPLOYMENT SECURITY DIVISION** |

Before the Court is Defendants' Motion to Dismiss for Failure to Join a Necessary Party, ECF No. 62. Defendants ask this Court to join the State of Washington Employment Security Division (ESD) as a necessary party in this case or, in the alternative, dismiss the case. Plaintiffs do not oppose joining ESD. ECF No. 66. The Court agrees that ESD must be joined and thus grants the motion to provide such relief.

Federal Rule of Civil Procedure 19 requires a party to be joined if "in that person's absence, the court cannot accord complete relief among existing parties"

ORDER JOINING WASHINGTON EMPLOYMENT SECURITY
DIVISION – 1

or if "disposing of the action in the person's absence" would "leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations" and if joinder will not deprive the court of subject-matter jurisdiction. Fed. R. Civ. P. 19(a)(1).

Here, ESD conducts the survey at issue but is currently not bound by the preliminary injunction in this case. *See* ECF No. 57. If the Court does not join ESD as a party in this matter, Plaintiffs may not obtain complete relief. *See Alto v. Black*, 738 F.3d 1111, 1126 (9th Cir. 2013) ("Complete relief is concerned with consummate rather than partial or hollow relief as to those already parties, and with precluding multiple lawsuits on the same cause of action" (internal quotation omitted)). And failure to join ESD may create inconsistent obligations for Defendants if ESD conducts the survey without making the changes required by the preliminary injunction. Because joinder of ESD in this case is feasible, that is, it will not deprive the Court of its federal question jurisdiction, the Court must grant Defendants' motion to join this necessary party. *See* Fed. R. Civ. P. 19(a)(2).

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Dismiss for Failure to Join a Necessary Party, **ECF No. 62**, is **GRANTED**.

2. The State of Washington Employment Security Division is **JOINED** as a Defendant in this matter under Federal Rule of Civil Procedure 19(a).

3. All Defendants shall **FILE** a responsive pleading by no later than **sixty (60) days from the date of this Order**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER JOINING WASHINGTON EMPLOYMENT SECURITY DIVISION – 3