FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAMON TORRES HERNANDEZ, and FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, MARTIN J. WALSH, in his official capacity as United States Secretary of Labor, and STATE OF WASHINGTON EMPLOYMENT SECURITY DIVISION, CAMI FEEK, in her official capacity as Commissioner,<br><br>Defendants. | No. 1:20-cv-03241-SMJ<br><br>**ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS AND MOTION TO EXPEDITE** |

Before the Court, without oral argument, is the Parties' Joint Motion for Stay of Proceedings and Motion to Expedite, ECF No. 98. Having reviewed the motion and the record in this case, the Court is fully informed and finds good cause to stay the proceedings in this case to allow the parties adequate time to focus on settlement negotiations.

//

ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS – 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Joint Motion for Stay of Proceedings and Motion to Expedite, **ECF No. 98**, is **GRANTED**.

2. Except for the Court's consideration of the parties' pending sealed joint motion, ECF No. 97, all proceedings are hereby **STAYED**. All pending deadlines, including the deadline for Defendants to answer or otherwise respond to Plaintiffs' Second Amended Complaint, are **STRICKEN**.

3. **By no later than June 2, 2022**, the parties shall submit a joint status report, either notifying the Court of settlement or proposing a modified case schedule.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel for all parties.

**DATED** this 1st day of December 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge