Andrea Schmitt
Blanca Rodriguez
Joachim Morrison
Hannah Woerner
COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

Kathleen Phair Barnard
BARNARD IGLITZIN & LAVITT LLP
18 West Mercer Street, Ste. 400
Seattle, WA 98119-3971
(206) 285-2828

Trent Taylor
FARMWORKER JUSTICE
725 S. Skinker Blvd., Suite 2N
St. Louis, MO 63105
(614) 584-5339

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAMON TORRES HERNANDEZ, and FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization;<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES DEPARTMENT OF LABOR and MARTIN WALSH, in his official capacity as United States Secretary of Labor,<br><br>and<br><br>WASHINGTON STATE EMPLOYMENT SECURITY DEPARTMENT and CAMI FEEK, in her official capacity as Commissioner,<br>Defendants. | No. 1:20-CV-03241-SMJ<br><br>PARTIES' JOINT MOTION TO EXPEDITE MOTION FOR ENTRY OF MODIFIED ORDER<br><br>Noting date: December 1, 2021, 6:30 p.m.<br>Without Oral Argument |
PARTIES' JOINT MOTION TO EXPEDITE
MOTION FOR ENTRY OF MODIFIED ORDER- 1

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

Pursuant to LCivR 7(i)(2)(C), all parties move for expedited consideration of their joint motion for entry of modified order. There is good cause for this relief, and all parties consent to the underlying motion and its expedited consideration.

An expedited hearing on the motion for entry of modified order is necessary to prevent delay that could harm the interests of all parties and the public. If granted, the modified order proposed by the parties would require Defendants "promptly" publish the results of their 2020 Agricultural Peak Employment Wage and Practice Employer Survey as well as begin administering their 2021 employer survey before the end of the year. Delaying review of the joint motion would impose substantial administrative burden on the Defendants and could impact the response rates for the 2021 survey. The concern for the response rate caused the parties to agree that ESD should begin the survey process on Monday, November 29, 2021.

The Court granted the parties' joint motion to file under seal today, ECF No. 99, and the clerk's office filed the motion under seal, ECF No. 100. The parties left the noting date on that motion blank because they were uncertain when the Court would consider the motion to seal.

The parties request that the Court consider their joint motion for entry of modified order within 7 days of the date that motion is filed.

PARTIES' JOINT MOTION TO EXPEDITE
MOTION FOR ENTRY OF MODIFIED ORDER- 2

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

DATED this 1st day of December, 2021.

*Attorneys for Plaintiffs*

| COLUMBIA LEGAL SERVICES | BARNARD IGLITZIN & LAVITT LLP |
|---|---|
| s/ Andrea Schmitt | s/Kathleen Phair Barnard |
| Andrea Schmitt, WSBA # 39759 | Kathleen Phair Barnard, WSBA #17896 |
| Blanca E. Rodriguez, WSBA #27745 | Attorney for Plaintiff Familias Unidas por la Justicia |
| Joachim Morrison, WSBA #23094 | 18 West Mercer Street, Ste. 400 |
| Hannah Woerner, WSBA #53383 | Seattle, WA 98119-3971 |
| 6 South 2nd Street, Suite 600 | Phone: (206) 285-2828 |
| Yakima, WA 98901 | Fax: (206) 378-4132 (fax) |
| Phone: (509) 575-5593, x. 217 | E-mail: barnard@workerlaw.com |
| Fax: (509) 575-4404 | |
| E-mail: andrea.schmitt@columbialegal.org; blanca.rodriguez@columbialegal.org; joe.morrison@columbialegal.org; hannah.woerner@columbialegal.org | |

FARMWORKER JUSTICE

s/Trent Taylor
Trent Taylor, Ohio State Bar Assn # 91748
(admitted *pro hac vice*)
725 S. Skinker Blvd., Suite 2N
St. Louis, MO 63105
Phone: (614) 584-5339
E-mail: ttaylor@farmworkerjustice.org

PARTIES' JOINT MOTION TO EXPEDITE MOTION FOR ENTRY OF MODIFIED ORDER- 3

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

*Attorneys for Defendants*

| | |
|---|---|
| Vanessa R. Waldref<br>United States Attorney | ROBERT W. FERGUSON<br>Attorney General<br>s/Marya Colignon |
| s/ John T. Drake<br>John T. Drake<br>Assistant United States Attorney<br>Attorneys for U.S. DOL Defendants<br>Email:<br>John.Drake2@usdoj.gov | MARYA COLIGNON, WSBA #42225<br>JONATHAN E. PITEL, WSBA #47516<br>Assistant Attorneys General Attorney for<br>Washington State Employment Security<br>Department<br>E-mail:<br>Marya.Colignon@atg.wa.gov<br>Jonathan.Pitel@atg.wa.gov<br>LALSeaEF@atg.wa.gov |

PARTIES' JOINT MOTION TO EXPEDITE
MOTION FOR ENTRY OF MODIFIED ORDER- 4

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593