UNITED STATES DISTRICT COURT ■ EASTERN DISTRICT OF WASHINGTON
**Transcript Designation and Ordering Form**
*This form should be completed by the party ordering the transcript*
**You must contact the Court Reporter to make financial arrangements**

U.S. Court of Appeals Case No. __22-35913__   U.S. District Court Case No. __1:20-cv-03241-TOR__
Short Case Title __Torres, et al. v. United States Department of Labor, et al.__
Date Notice of Appeal Filed by Clerk of the District Court __November 14, 2022__

**1.   Name of Court Reporter/FTR**: __Allison Anderson__

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| 10/19/2022/ECF No. 135 | Motion Hearing: Motion for Preliminary Injuction |

**2.   Name of Court Reporter/FTR**: ____

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| | |

**3.   Name of Court Reporter/FTR**: ____

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| | |

(Attach additional page for designations, if necessary)

☐   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
☑   As retained counsel, a pro se litigant, a U.S. Attorney or a Federal Defender, I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand.  I further agree to pay for work done prior to cancellation of this order.
☐   As appointed counsel, I certify an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within seven (7) days thereof will be, obtained and delivered to the reporter.  I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __11/18/2022__   Party you represent __Plaintiffs__
Type or print name of attorney/pro se litigant __Andrea Schmitt__
Signature of attorney/pro se litigant *s/ Andrea Schmitt*   Phone No. __509-575-5593__
Address __315 Holton Ave, Suite 201, Yakima, WA 98902__

CA9-036 (10/82) EDWA 11/10