UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAMON TORRES HERNANDEZ; FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>           Plaintiffs-Appellants,<br><br>  v.<br><br>MARTIN J. WALSH, in his official capacity as United States Secretary of Labor; et al.,<br><br>           Defendants-Appellees. | No.    22-35913<br><br>D.C. No. 1:20-cv-03241-TOR<br>Eastern District of Washington, Yakima<br><br>ORDER |

This case shall continue to be held in abeyance. The Clerk is directed to temporarily close this court's docket for administrative purposes until April 14, 2023. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

A dial-in telephone conference will be held on April 12, 2023, at 11:00 a.m. Pacific Time. Each participant will receive an email with dial-in information.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator