AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2023

SEAN F. McAVOY, CLERK

RAMON TORRES HERNANDEZ, et al., )
*Plaintiff* )
v. ) Civil Action No. 1:20-CV-3241-TOR
)
)
UNITED STATES DEPARTMENT OF LABOR, et al., )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion for Entry of Final Order on AEWR Only Claim, ECF No. 222, is GRANTED.
Defendant's Motion to Expedite Hearing on Plaintiffs' Unopposed Motion for Entry of Final Order on AEWR Only Claim, ECF No. 224, is GRANTED.
Because the issues in this case have become moot by adoption of new regulations this case is DISMISSED AS MOOT.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE
on the parties' motions at ECF Nos. 222 and 224.

Date: August 31, 2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry