AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2024

SEAN F. McAVOY, CLERK

RAMON TORRES HERNANDEZ and FAMILIAS
UNIDAS POR LA JUSTICIA, AFL-CIO, a labor
organization,
  *Plaintiff*
v.
UNITED STATES DEPARTMENT OF LABOR, JULIE SU,
in her official capacity as Acting United States Secretary of
Labor; WASHINGTON STATE EMPLOYMENT SECURITY
DEPARTMENT, and CAMI FEEK, in her official capacity as
Commissioner,
  *Defendant*

)
)
)
)
)
)
)

Civil Action No.   1:20-cv-03241-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiffs' Motion for Entry of Permanent Injunction Order on AEWR Only Claim, ECF No. 246, is GRANTED. Accordingly:
ESD shall exclude from future prevailing wage survey results any reported wages that (1) exactly match the AEWR; (2) were
paid by an employer that had received an AEWR-only job order for the 2023 harvest season; and (3) were paid during the 2023
harvest season for work in an agricultural activity with a piece-rate prevailing wage during that season. This court shall retain
jurisdiction of this matter for purposes of construction, modification and enforcement of this Final Judgment and Permanent
Injunction.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge     Thomas O. Rice _____ on a motion for

Permanent Injunction.

Date:  9/23/2024 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Lee Reams _____
  *(By) Deputy Clerk*

Lee Reams _____